NORBETH PFEFFER, Respondent and Appellant, *v.* PHILIP KLING et al., Appellants and Respondents.

Reported below, 58 App. Div. 179.
(Submitted May 13, 1901; decided May 17, 1901.)

MOTION by defendants to dismiss plaintiff's appeal from certain portions of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1901, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the grounds that the judgment was not appealable to the Court of Appeals; that the appeal was not taken within the time limited by statute, and that the plaintiff has omitted to furnish the required undertaking.

*Abram Kling* for motion.

*Clarence L. Barber* opposed.

Motion denied, without costs.

Motion by plaintiff to consolidate the two returns in the above-entitled action by adding defendants' notice of appeal to the return filed by plaintiff granted, without costs.